```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

The following constitutes
the order of the court. Signed September 19, 2011

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 11-47773 RE |
| **JOE MURL BAILEY and ETTA JEAN PENN-BAILEY,** | Chapter 13 |
| Debtors. | **ORDER VALUING LIEN OF MERIWEST CREDIT UNION** |
| _____/ | |

    On August 26, 2011, Joe Bailey and Etta Penn-Bailey (hereinafter Debtors) served a motion to value the lien of Meriwest Credit Union (hereinafter Lienholder) against the property commonly known as 2571 San Leandro Blvd., San Leandro, CA 94578, which lien was recorded in Alameda County on or about August 15, 2006 as document 2006312527 (hereinafter the Lien).

    The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtors' motion, the court hereby orders as follows:

    (1) For purposes of Debtors' chapter 13 plan only, the Lien is valued at zero, Lienholder does not have a secured claim, and the Lien

may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

(2) This order shall become part of Debtors' confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtors' chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtors, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtors' chapter 13 case is dismissed or converted to one under another chapter before Debtors obtain a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the Lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

*** END OF ORDER ***

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |

```
 1                            COURT SERVICE LIST
 2
 3
    Law Offices of Patrick L. Forte
 4  One Kaiser Plaza, Suite 480
    Oakland, CA 94612
 5
    Joe Bailey & Etta Penn-Bailey
 6  325 Accolade Street
    San Leandro, CA 94577
 7
    Attn: Officer
 8  Bank of America, N.A.
    101 S Tryon St
 9  Charlotte, North Carolina 28202

10
    Attn: Officer
11  Bank of America, National Association
    214 N Tryon Street
12  Charlotte, NC 28255

13
    Attn: Officer
14  Bank of America, National Association
    C/o CT Corporation System
15  818 W Seventh St
    Los Angeles, CA 90017
16
    Attn: Officer or Managing Agent
17  Meriwest Credit Union
    5615 Chesbro Ave
18  San Jose, CA 95123

19  Attn: Hudson Lee
    Meriwest Credit Union
20  5615 Chesbro Ave
    San Jose, CA 95123
21
    Attn: Officer or Managing Agent
22  BAC Home Loans Servicing, LP
    4500 Park Granada
23  Calabasas, CA 91302

24  Attn: Officer or Managing Agent
    BAC Home Loans Servicing, LP
25  C/o CT Corporation System
    818 West Seventh St.
26  Los Angeles, CA 90017
    /
    /
```

1 | Attn: Joseph Chun
2 | Bank of America, N.A., its assignees and/or successors
  | C/o McCarthy & Holthus, LLP
3 | 1770 Fourth Avenue
  | San Diego, CA 92101