**RCO LEGAL, P.S.**
Jonathan Damen, Esq., #251869
2121 Alton Parkway, Suite 110
Irvine, CA 92606
714-277-4937/ Fax: 714.277.4899
Email jdamen@rcolegal.com
RCO# 224270

Attorney for Creditor
Ditech Financial LLC f/k/a Green Tree Servicing LLC

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In Re:<br>Joe Murl Bailey<br>Etta Jean Penn-Bailey<br><br>　　　　　　　　　　Debtors. | No. 11-47773-RLE<br><br>Chapter 13<br><br>REQUEST FOR SPECIAL NOTICE |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

　　　　PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, Ditech Financial LLC f/k/a Green Tree Servicing LLC requests that all notice given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Chapter 13 Plan and Schedules and any amended Chapter 13 Plan and Schedules, Dismissal Order, and Discharge Order), be given to and served upon the undersigned at the following address and telephone number. This notice can in no way be construed as a grant of authority from Creditor to counsel to accept service on behalf of Creditor or otherwise waive in any way the right of Creditor to the full rights of service as may be accorded under local and federal rules.

　　Jonathan Damen
　　RCO Legal, P.S.
　　2121 Alton Parkway, Suite 110
　　Irvine, CA 92606
　　PH 714-277-4937
　　Email: bknotice@rcolegal.com

Dated: December 9, 2015

　　　　　　　　　　　　　　　　　　　　　　　RCO Legal, P.S.
　　　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Creditor

## PROOF OF SERVICE

I declare: I am employed in the County of Orange, State of California. I am over the age of eighteen (18) years. My business address is 2121 Alton Parkway, Suite 110, Irvine, CA 92606. On the date stated below, I served within **Request for Special Notice** on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope via postage pre-paid, regular first class mail and/or electronic service as follows:

**SERVICE VIA U.S. MAIL:**

Joe Murl Bailey
2571 San Leandro Blvd.
San Leandro, CA 94578

Etta Jean Penn-Bailey
2571 San Leandro Blvd.
San Leandro, CA 94578

**ELECTRONIC SERVICE:**

Patrick L. Forte
pat@patforte.com

Martha G. Bronitsky
13trustee@oak13.com

US Trustee (OAK)
USTPRegion17.OA.ECF@usdoj.gov

Service was made on December 10, 2015 at Irvine, California. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

By: /s/ Brittney Rea